IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHERYL A. ELKINTON,

        Plaintiff,                          ORDER

v.

                                        12-cv-681-wmc

PRESIDENT OF THE UNITED STATES,
U.S. MILITARY, U.S. DEPT. OF DEFENSE,
MILITARY MARKETING ASSOC., and
VETERANS AFFAIRS,

        Defendants.

---

CHERYL A. ELKINTON,

        Plaintiff,                          ORDER

v.

                                        12-cv-694-wmc

PRESIDENT OF U.S. AND CABINET,
U.S. DEPT OF TRANSPORTATION, U.S.
DEPT OF HEALTH AND HUMAN SERVICES,
U.S. DEPT OF FOOD AND DRUG
ADMINISTRATION, U.S. ENVIRONMENTAL
SAFETY COMMISSION, U.S. TREASURY,
U.S. DEPT. OF LABOR, and USDA (SERVICE
CENTER NATURAL RESOURCES
CONSERVATION SERVICE,

        Defendants.

---

CHERYL A. ELKINTON,

        Plaintiff,                          ORDER

v.

                                        12-cv-717-wmc

U.S. PRESIDENT BARAK OBAMA,
MEMBERS OF CONGRESS, and
SECRETARIAL CABINET,

        Defendants.

CHERYL A. ELKINTON,

          Plaintiff,

v.

PRESIDENT OF US AT ALL, and
BARACK OBAMA,

          Defendants.

ORDER

12-cv-769-wmc

Plaintiff Cheryl A. Elkinton filed four lawsuits against President Barack Obama and several other federal officials or agencies. After Elkinton was granted leave to proceed *in forma pauperis*, the court dismissed all four complaints under 28 U.S.C. § 1915(e)(2) as frivolous and for failure to state a claim upon which relief can be granted. On December 17, 2012, Elkinton filed a notice of appeal and she requests leave to proceed *in forma pauperis* in each case. That request will be denied, as the court is unable to certify that the appeal is taken in good faith for purposes of Rule 24(a)(3) of the Federal Rules of Appellate Procedure.

ORDER

IT IS ORDERED that plaintiff Cheryl A. Elkinton's request for leave to proceed *in forma pauperis* on appeal is DENIED. Elkinton may challenge this decision by filing a motion for leave to proceed *in forma pauperis* with the United States Court of Appeals for the Seventh Circuit.

Entered this 18th day of December, 2012.

          BY THE COURT:

          WILLIAM M. CONLEY
          District Judge